DANIEL J. LEARY, Appellant, v. GUS SANDBLOM, Respondent.

*Leary* v. *Sandblom*, 163 App. Div. 872, affirmed.
(Argued February 9, 1917; decided February 27, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 14, 1914, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover damages caused by the loss by fire of a building leased by plaintiff to defendant, and which was claimed to have been due to the carelessness, negligence or improper conduct of the defendant lessee.

*Pierre M. Brown* and *William F. Purdy* for appellant.

*Frederick Hulse* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ.